McGUIRE & ATWOOD CO., Respondent, v. KROEMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by the McGuire & Atwood Company against Ernst J. Kroemer and Frederick W. Kroemer, copartners, etc.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no

evidence in the record showing the amount to be deducted for freight charges under the contract of shipment.